```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SAFE HAVEN HOME CARE, INC. et al.,                                     :
                                                                       :
                                Plaintiffs,                            :
                                                                       :     22 Civ. 2267 (JPC)
          -v-                                                          :
                                                                       :          ORDER
UNITED STATES DEPARTMENT OF HEALTH AND                                 :
HUMAN SERVICES (HHS) et al.,                                           :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court held a hearing in this case on March 30, 2022 concerning Plaintiffs' application for injunctive relief. For reasons stated on the record, the Court has denied the motions for a preliminary injunction, for a temporary restraining order, and for a stay pending appeal. The parties shall file a joint status letter by April 13, 2022. Defendants' time to answer or otherwise respond to the Complaint is held in abeyance in the interim.

SO ORDERED.

Dated: April 1, 2022  
      New York, New York

                                                               JOHN P. CRONAN  
                                                United States District Judge