**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SAFE HAVEN HOME CARE, INC. et al.,

                              Plaintiffs,
            -against-                                              22 **CIVIL** 2267 (JPC)

                                                                  <u>**JUDGMENT**</u>

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES et al.,

                              Defendants.
-------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated September 6, 2023, Plaintiffs' claims against the State

Defendants are dismissed with prejudice. As the Court's July 10, 2023, Order granted summary

judgment in favor of the other Defendants for the claims against those Defendants - the United

States Department of Health and Human Services ("HHS"), Xavier Becerra in his official

capacity as HHS Secretary, the United States Centers for Medicare and Medicaid Services, and

Chiquita Brooks-Lasure in her official capacity as CMS Administrator, see Dkt. 85; accordingly,

the case is closed.

**Dated:**  New York, New York

        September 6, 2023


                                                  **RUBY J. KRAJICK**
                                        _____
                                                  **Clerk of Court**

                              **BY:**   _____
                                                  **Deputy Clerk**