

**1:22-cv-02267-JPC**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of March, two thousand twenty-five.

Before:      Gerard E. Lynch,
                Myrna Pérez,
                Sarah A. L. Merriam,
                    *Circuit Judges.*

_____

Safe Haven Home Care, Inc., Elim Home Care Agency, LLC, Silver Lining Homecare Agency, Angel Care, Inc.,

           Plaintiffs - Appellants,

v.

United States Department of Health and Human Services, Robert F. Kennedy, Jr., in his official capacity as Secretary of the United States Department of Health and Human Services, United States Centers for Medicare & Medicaid Services, Stephanie Carlton, in her official capacity as Administrator of the U.S. Centers for Medicare and Medicaid Services, New York State Department of Health, James V. McDonald, in his official capacity as Commissioner of the New York State Department of Health, Amir Bassiri, in his official capacity as Medicaid Director of the New York State Department of Health,

           Defendants - Appellees.

_____

**JUDGMENT**

Docket No. 23-1231

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED    4/28/2025 |

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit



**MANDATE**

**MANDATE ISSUED ON 04/28/2025**